IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-40264
Summary Calendar
_____

BOBBY R. MULLINS,

Plaintiff-Appellant,

versus

KENNETH S. APFEL, COMMISSIONER OF SOCIAL SECURITY

Defendant-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 9:95-CV-27
- - - - - - - - - -

March 16, 1999

Before DAVIS, DUHÉ, and PARKER, Circuit Judges.

PER CURIAM:[1]

Bobby R. Mullins appeals the district court's judgment for the
Commissioner in his action pursuant to 42 U.S.C. § 405(g) for
review of the Administrative Law Judge's ("ALJ") decision denying
his request for Disability Insurance Benefits and Supplemental
Security Income. We review the Commissioner's decision to
determine whether the Commissioner applied the proper legal
standards and whether the decision is supported by substantial

_____

    [1] Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

evidence on the record as a whole.  <u>Anthony v. Sullivan</u>, 954 F.2d 289, 292 (5th Cir. 1992).

Mullins makes the following contentions:  (1) the district court erred in requiring "specifications" in order to satisfy one of the impairment listings in the Commissioner's regulations; (2) the Commissioner erroneously relied on the opinion of a "medical advisor," Dr. Dreher; (3) the Commissioner erred in weighing the effect of Mullins' pain medications and of his inability to afford such medications; and (4) the Commissioner erred in accepting a vocational expert's findings that he, Mullins, could perform several jobs that involved driving.  We have reviewed the record and the parties' briefs, and we find no reversible error. Accordingly, we AFFIRM the judgment entered by the district court. <u>See</u> <u>Mullins v. Callahan</u>, No. 9:95-CV-27 (E.D. Tex. Feb. 25, 1998).

AFFIRMED.